Shantell L. HAWKINS, Petitioner,

v.

DEPARTMENT OF HOMELAND SE-
CURITY, U.S. Immigration and Cus-
toms Enforcement, Respondent.

No. 2007–3213.

United States Court of Appeals,
Federal Circuit.

June 8, 2007.

Shantell L. Hawkins, pro se.

**ORDER**

Order Vacated, See 2007 WL 2045669.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

L–3 COMMUNICATIONS CORPORA-
TION LINK SIMULATION & TRAIN-
ING DIVISION, Appellant,

v.

Donald C. WINTER, Secretary
of the Navy, Appellee.

No. 2006–1629.

United States Court of Appeals,
Federal Circuit.

June 11, 2007.

Before SCHALL, Circuit Judge,
PLAGER, Senior Circuit Judge, and DYK,
Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.